1 | DONALD F. ZIMMER, JR. (State Bar No. 112279)
2 | KRISTA L. COSNER (State Bar No. 213338)
  | DRINKER BIDDLE & REATH LLP
3 | 50 Fremont Street, 20th Floor
  | San Francisco, California 94105
  | Telephone: (415) 591-7500
4 | Facsimile: (415) 591-7510

5 | Attorneys for Defendants
  | SMITHKLINE BEECHAM CORPORATION dba
6 | GLAXOSMITHKLINE and McKESSON
7 | CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

CV 07 5887

| JAMES HALL, | Case No. |
| --- | --- |
| Plaintiff, | **DISCLOSURE STATEMENT OF McKESSON CORPORATION** [F.R.C.P. 7.1] |
| v. | |
| SMITHKLINE BEECHAM CORPORATION dba GLAXOSMITHKLINE and McKESSON CORPORATION, | |
| Defendants. | |

The undersigned, counsel of record for Defendant MCKESSON CORPORATION furnishes the following in compliance with Federal Rule of Civil Procedure 7.1.

MCKESSON CORPORATION, a publicly traded company, is the ultimate parent corporation, through several levels of wholly owned subsidiaries, of defendant, MCKESSON CORPORATION. No publicly held company owns ten percent or more of the stock of MCKESSON CORPORATION.

| | |
|---|---|
| 1  Dated: November 20, 2007 | DRINKER BIDDLE & REATH LLP |
| 2 | |
| 3 | */s/ Krista L. Cosner*<br>KRISTA L. COSNER |
| 4 | Attorneys for Defendants |
| 5 | SMITHKLINE BEECHAM<br>CORPORATION dba |
| 6 | GLAXOSMITHKLINE and McKESSON<br>CORPORATION |

DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA 94105

SF1\392040\1

DISCLOSURE STATEMENT OF MCKESSON     2     CASE NO.