1  DONALD F. ZIMMER, JR. (State Bar No. 112279)
   KRISTA L. COSNER (State Bar No. 213338)
2  DRINKER BIDDLE & REATH LLP
   50 Fremont Street, 20th Floor
3  San Francisco, California 94105
   Telephone: (415) 591-7500
4  Facsimile: (415) 591-7510

5  Attorneys for Defendants
   SMITHKLINE BEECHAM CORPORATION dba
6  GLAXOSMITHKLINE and McKESSON
   CORPORATION
7

8

9                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11                      SAN FRANCISCO DIVISION

12  JAMES HALL,                          Case No. CV 07 5887

13              Plaintiff,               DISCLOSURE STATEMENT OF
                                         GLAXOSMITHKLINE
14       v.                              [F.R.C.P. 7.1]

15  SMITHKLINE BEECHAM
    CORPORATION dba
16  GLAXOSMITHKLINE and McKESSON
    CORPORATION,
17
                Defendants.
18

19

20       The undersigned, counsel of record for Defendant, SMITHKLINE BEECHAM

21  CORPORATION dba GLAXOSMITHKLINE, furnishes the following in compliance

22  with Federal Rule of Civil Procedure 7.1.

23       GlaxoSmithKline plc, a publicly traded company, is the ultimate parent

24  corporation, through several levels of wholly owned subsidiaries, of defendant,

25  SMITHKLINE BEECHAM CORPORATION dba GLAXOSMITHKLINE. No publicly

26  held company owns ten percent or more of the stock of GlaxoSmithKline plc.

27

28

DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA 94105

SFI\392041\1          DISCLOSURE STATEMENT OF GLAXOSMITHKLINE                    CASE NO.

1  Dated: November 20, 2007

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DRINKER BIDDLE & REATH LLP
KRISTA L. COSNER

Attorneys for Defendants
SMITHKLINE BEECHAM
CORPORATION dba
GLAXOSMITHKLINE and McKESSON
CORPORATION

DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA  94105

2