

1  DONALD F. ZIMMER, JR. (State Bar No. 112279)
2  KRISTA L. COSNER (State Bar No. 213338)
   DRINKER BIDDLE & REATH LLP
3  50 Fremont Street, 20th Floor
   San Francisco, California 94105
4  Telephone: (415) 591-7500
   Facsimile: (415) 591-7510

5  Attorneys for Defendants
   SMITHKLINE BEECHAM CORPORATION dba
6  GLAXOSMITHKLINE and McKESSON
   CORPORATION

7

8

9              UNITED STATES DISTRICT COURT

10            NORTHERN DISTRICT OF CALIFORNIA

11               SAN FRANCISCO DIVISION

12  JAMES HALL,                          Case No. CV 07 5887

13            Plaintiff,                 **CERTIFICATE OF SERVICE**

14     v.

15  SMITHKLINE BEECHAM
    CORPORATION dba
16  GLAXOSMITHKLINE and McKESSON
    CORPORATION,
17
              Defendants.
18

19

20

21

22

23

24

25

26

27

28

DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA 94105

SFI\391901\1

1

### CERTIFICATE OF SERVICE

2      I, LEE ANN L. ALLDRIDGE, declare that:

3      I am at least 18 years of age, and not a party to the above-entitled action. My
business address is 50 Fremont Street, 20th Floor, San Francisco, California 94105,
4  Telephone: (415) 591-7500.

5      On November 20, 2007, I caused to be served the following document(s):

6      **1.      CIVIL CASE COVER SHEET;**

7      **2.      NOTICE OF REMOVAL AND REMOVAL ACTION UNDER 28
U.S.C. § 1441(B) (DIVERSITY) and 28 U.S.C. § 1441(C) (FEDERAL QUESTION)
8  OF DEFENDANT SMITHKLINE BEECHAM CORPORATION d/b/a
GLAXOSMITHKLINE;**

9

**3.      DECLARATION OF KRISTA L. COSNER IN SUPPORT OF
10 NOTICE OF REMOVAL AND REMOVAL, UNDER 28 U.S.C. § 1441(B)
(DIVERSITY) and 28 U.S.C. § 1441(C) (FEDERAL QUESTION) OF
11 DEFENDANT SMITHKLINE BEECHAM CORPORATION dba
GLAXOSMITHKLINE;**

12

**4.      DEFENDANTS' CERTIFICATION OF INTERESTED ENTITIES
13 OR PERSONS [CIV. L.R. 3-16];**

14
**5.      NOTICE OF PENDENCY OF OTHER ACTION OR PROCEEDING
15 [CIV. L.R. 3-13];**

16      **6.      DISCLOSURE STATEMENT OF McKESSON CORPORATION
[F.R.C.P. 7.1];**

17
**7.      DISCLOSURE STATEMENT OF GLAXOSMITHKLINE [F.R.C.P.
18 7.1]; and**

19      **8.      DEMAND FOR A JURY TRIAL**

20  by enclosing a true copy of (each of) said document(s) in (an) envelope(s), addressed as
follows:

21  ☑      BY MAIL: I am readily familiar with the business' practice for collection and
22      processing of correspondence for mailing with the United States Postal Service. I
      know that the correspondence is deposed with the United States Postal Service on
23      the same day this declaration was executed in the ordinary course of business. I
      know that the envelope was sealed, and with postage thereon fully prepaid, placed
24      for collection and mailing on this date, following ordinary business practices, in the
      United States mail at San Francisco, California.

25  ☐      BY PERSONAL SERVICE: I caused such envelopes to be delivered by a
26      messenger service by hand to the address(es) listed below:

27  ☐      BY OVERNIGHT DELIVERY: I enclosed a true copy of said document(s) in a
      Federal Express envelope, addressed as follows:

28

DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA 94105

SF1\391768\1                                    CERTIFICATE OF SERVICE

☐    BY FACSIMILE: I caused such documents to be transmitted by facsimile transmission and mail as indicated above.


David C. Anderson
THE MILLER FIRM, LLC
108 Railroad Avenue
Orange, VA 22960
Telephone: (540) 672-4224
Facsimile:   (540) 672-3055


   I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

   Executed on November 20, 2007 at San Francisco, California.


_____
LEE ANN L. ALLDRIDGE