DAVID C. ANDERSEN (State Bar No. 194095)
THE MILLER FIRM, LLC
108 Railroad Avenue
Orange, VA 22960
Telephone: (540) 672-4224
Facsimile: (540) 672-3055
Email: dandersen@doctoratlaw.com


**UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

|  |  |
|---|---|
|  | Case No. 3:07-cv-05887-JL |
| JAMES HALL : | |
| : | |
| Plaintiff, : | PLAINTIFF'S AMENDED |
| : | NOTICE OF HEARING |
| : | FOR MOTION |
| : | TO REMAND |
| : | |
| : | |
| v. : | |
| : | |
| : | HEARING: |
| SMITHKLINE BEECHAM : | DATE: January 14, 2008 |
| CORPORATION : | TIME: 2:00 P.M. |
| d/b/a GLAXOSMITHKLINE and : | COURTROOM: 15 |
| MCKESSON CORPORATION : | JUDGE: Honorable Marilyn Hall Patel |
| : | |
| Defendants : | |

THIS DOCUMENT RELATES TO:
*UPSHAW v. SMITHKLINE BEECHAM CORPORATION D/B/A GLAXOSMITHKLINE,*
Case No. 3:07-cv-05891-MHP
*THORNTON v. SMITHKLINE BEECHAM CORPORATION D/B/A GLAXOSMITHKLINE,*
Case No. 3:07-cv-05890-JL
*FISHER v. SMITHKLINE BEECHAM CORPORATION D/B/A GLAXOSMITHKLINE,*
Case No. 3:07-cv-05889-MMC
*JEFFERSON v. SMITHKLINE BEECHAM CORPORATION D/B/A GLAXOSMITHKLINE,*
Case No. 3:07-cv-05888-SC
*BONE v. SMITHKLINE BEECHAM CORPORATION D/B/A GLAXOSMITHKLINE,*
Case No. 3:07-cv-05886-MHP

**AMENDED NOTICE OF HEARING**

   **PLEASE TAKE NOTICE** that on January 14, 2008,  at 2:00 P.M., or as soon thereafter as the matter may be heard in Courtroom 15 of the above entitled Court, located at 450 Golden Gate Avenue, San Francisco, CA 94102, Plaintiffs will move the Court to remand this action to the SUPERIOR COURT OF THE STATE OF CALIFORNIA FOR AND IN THE COUNTY OF SAN FRANCISCO, NORTHERN DISTRICT.  This remand is proper as no diversity exists among the parties as required by 28 U.S.C. § 1132 and there is no substantial federal question requiring federal jurisdiction.

   This motion will be based on Plaintiffs' Motion for Remand, with supporting Memorandum of Points and Authorities.


Dated: December 5, 2007



                              _____/s/_____
                              David C. Andersen (Bar No. 194095)
                              THE MILLER FIRM, LLC
                              Attorneys for Plaintiff
                              108 Railroad Avenue
                              Orange, VA 22960
                              Phone: (540) 672-4224
                              Fax: (540) 672-3055
                              Email:dandersen@doctoratlaw.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 5, 2007, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Donald. F. Zimmer
Krista Cosner
Drinker Biddle & Reath LLP
50 Fremont Street, 20th Floor
San Francisco, CA 94105

Dated: December 5, 2007

Respectfully submitted,

_____/s/_____
David C. Andersen (Bar No. 194095)
THE MILLER FIRM, LLC
Attorneys for Plaintiff
108 Railroad Avenue
Orange, VA 22960
Phone: (540) 672-4224
Fax: (540) 672-3055
Email:dandersen@doctoratlaw.com

3