```
1  DONALD F. ZIMMER, JR. (State Bar No. 112279)
   KRISTA L. COSNER (State Bar No. 213338)
2  DRINKER BIDDLE & REATH LLP
   50 Fremont Street, 20th Floor
3  San Francisco, California  94105
   Telephone: (415) 591-7500
4  Facsimile: (415) 591-7510

5  Attorneys for Defendants
   SMITHKLINE BEECHAM CORPORATION dba
6  GLAXOSMITHKLINE and McKESSON
   CORPORATION
7
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JAMES HALL,<br><br>          Plaintiff,<br><br>   v.<br><br>SMITHKLINE BEECHAM<br>CORPORATION dba<br>GLAXOSMITHKLINE and McKESSON<br>CORPORATION,<br><br>          Defendants. | Case No. CV-07-5887 MHP<br><br>**DECLARATION OF KRISTA L. COSNER IN SUPPORT OF MOTION BY DEFENDANT SMITHKLINE BEECHAM CORPORATION d/b/a GLAXOSMITHKLINE TO STAY ALL PROCEEDINGS PENDING TRANSFER BY THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION TO MDL 1871 (E.D. PA)**<br><br>**DATE:** January 14, 2008<br>**TIME:** 2:00 p.m.<br>**COURTROOM:** 15<br>**JUDGE:** Marilyn H. Patel |

I, KRISTA L. COSNER, declare:

1.    I am an attorney admitted to practice before all courts of the State of California and am an Associate with Drinker Biddle & Reath, LLP, attorneys for SMITHKLINE BEECHAM CORPORATION dba GLAXOSMITHKLINE ("GSK") in this action. I make this Declaration based on my personal knowledge, in support of Defendant GSK's Motion to Stay All Proceedings Pending Transfer by the Judicial Panel on Multidistrict Litigation to MDL 1871 (E.D. PA) in the above-captioned matter. I would and could competently testify to the matters stated in this Declaration if called as a

1  witness.

2      2.    A true and accurate copy of the Judicial Panel on Multidistrict Litigation's
3  Conditional Transfer Order (CTO-4), *In re Avandia Marketing, Sales Practices and*
4  *Products Liability Litigation*, MDL 1871 (E.D.P.A.) is attached as **Exhibit A.**

5      3.    A true and accurate copy of the Judicial Panel on Multidistrict Litigation's
6  Transfer Order, *In re Avandia Marketing, Sales Practices and Products Liability*
7  *Litigation*, MDL 1871 (E.D.P.A.) is attached as **Exhibit B.**

8      I declare under penalty of perjury under the laws of the United States of America that
9  the foregoing is true and correct. Executed on this 6th day of December, 2007 in San
10  Francisco, California.

                                    /s/
                              KRISTA L. COSNER