DAVID C. ANDERSEN (State Bar No. 194095)
THE MILLER FIRM, LLC
108 Railroad Avenue
Orange, VA 22960
Telephone: (540) 672-4224
Facsimile: (540) 672-3055
Email: dandersen@doctoratlaw.com

**UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

|  |  |
|---|---|
|  | Case No. 3:07-cv-05887 |
| JAMES HALL | |
|  | DECLARATION OF |
| Plaintiff, | DAVID C. ANDERSEN IN |
|  | SUPPORT OF |
|  | PLAINTIFFS' MOTION |
|  | FOR REMAND AND |
|  | SUPPORTING |
|  | MEMORANDUM |
| v. | |
| SMITHKLINE BEECHAM CORPORATION d/b/a GLAXOSMITHKLINE and MCKESSON CORPORATION | |
| Defendants | |

I, DAVID C. ANDERSEN, declare:

1. I am an attorney admitted to practice before all courts of the State of California and am an Associate with The Miller Firm, LLC, attorneys for Plaintiffs in this action. I make this Declaration based on my personal knowledge, in support of Plaintiff's Motion and Memorandum in Opposition

to Defendants' Motion to Stay. I would and could competently testify to the matters stated in this Declaration if called as a witness.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on this 12th day of December, 2007, in Orange, Virginia.

Dated: December 12, 2007    Respectfully submitted,


_____/s/_____
David C. Andersen (Bar No. 194095)
THE MILLER FIRM, LLC
Attorneys for Plaintiff
108 Railroad Avenue
Orange, VA 22960
Phone: (540) 672-4224
Fax: (540) 672-3055
Email:dandersen@doctoratlaw.com