1

**[PROPOSED] ORDER**

2

3    Having read and considered all arguments made in the above matter, and having decided

4  that based on all moving papers, Defendants' Motion to Stay All Proceedings is hereby DENIED.

5

6  IT IS SO ORDERED

7

8

9  _____          _____
10  Dated                                    Honorable Marilyn Hall Patel