1   DONALD F. ZIMMER, JR. (State Bar No. 112279)
2   KRISTA L. COSNER (State Bar No. 213338)
    DRINKER BIDDLE & REATH LLP
3   50 Fremont Street, 20th Floor
    San Francisco, California 94105
4   Telephone: (415) 591-7500
    Facsimile: (415) 591-7510

5   Attorneys for Defendants
    SMITHKLINE BEECHAM CORPORATION d/b/a
6   GLAXOSMITHKLINE and McKESSON
    CORPORATION
7

8                       UNITED STATES DISTRICT COURT
9                      NORTHERN DISTRICT OF CALIFORNIA
10                       SAN FRANCISCO DIVISION
11

12  JAMES HALL,                          Case No. CV-07-5887 MHP

13              Plaintiff,               **DECLARATION OF KRISTA L.
                                         COSNER IN SUPPORT OF
14       v.                              DEFENDANT SMITHKLINE
                                         BEECHAM CORPORATION d/b/a
15  SMITHKLINE BEECHAM                   GLAXOSMITHKLINE'S
    CORPORATION d/b/a                    MEMORANDUM OF LAW IN
16  GLAXOSMITHKLINE and McKESSON         OPPOSITION TO PLAINTIFF'S
    CORPORATION,                         MOTION TO REMAND**

17              Defendants.             **DATE:        January 14, 2008
18                                        TIME:         2:00 p.m.
                                          COURTROOM: 15
19                                        JUDGE:        Marilyn H. Patel**

20       I, KRISTA L. COSNER, declare:

21       1.      I am an attorney admitted to practice before all courts of the State of

22  California and am an Associate with Drinker Biddle & Reath, LLP, attorneys for

23  SMITHKLINE BEECHAM CORPORATION dba GLAXOSMITHKLINE ("GSK") in

24  this action. I make this Declaration based on my personal knowledge, in support of

25  GSK' Opposition to Plaintiff's Motion to Remand in the above-captioned matter. I

26  would and could competently testify to the matters stated in this Declaration if called as a

27  witness.

28       2.      A true and accurate copy of the Judicial Panel on Multidistrict Litigation's

DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA 94105

SF1\393496\1

1   Conditional Transfer Order (CTO-4), *In re Avandia Marketing, Sales Practices and*
2   *Products Liability Litigation*, MDL 1871 (E.D.P.A.) is attached as **Exhibit A.**
3        I declare under penalty of perjury under the laws of the United States of America that
4   the foregoing is true and correct.  Executed on this 21st day of December, 2007 in San
5   Francisco, California.

6

7        /S/_____
         KRISTA L. COSNER

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28