FILED

DEC 2 8 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT

## Northern District of California

James Hall

                 Plaintiff(s),

    v.

SmithKline Beecham Corporation d/b/a
GlaxoSmithKline and McKesson
Corporation

               Defendant(s).

                      /

**CASE NO.  07-cv-05887**

(Proposed)
**ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY
*PRO HAC VICE***

Michael J. Miller                       , an active member in good standing of the bar of

D.C., MD, Supreme Courts of PA, and VA        whose business address and telephone number

(particular court to which applicant is admitted)

is

The Miller Firm, LLC, 108 Railroad Avenue, Orange, VA 22960. Tele.: 540-672-4224


having applied in the above-entitled action for admission to practice in the Northern District of

California on a *pro hac vice* basis, representing Plaintiffs.

       IT IS HEREBY ORDERED THAT  the application is granted, subject to the terms and

conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac

vice*. Service of papers upon and communication with co-counsel designed in the application will

constitute notice to the party. All future filings in this action are subject to the requirements

contained in General Order No. 45, *Electronic Case Filing*.

Dated: 12/28/2007

_____
United States District     Judge

UNITED STATES DISTRICT COURT
For the Northern District of California