1  DONALD F. ZIMMER, JR. (State Bar No. 112279)
2  KRISTA L. COSNER (State Bar No. 213338)
   DRINKER BIDDLE & REATH LLP
3  50 Fremont Street, 20th Floor
   San Francisco, California 94105
4  Telephone: (415) 591-7500
   Facsimile: (415) 591-7510

5  Attorneys for Defendants
6  SMITHKLINE BEECHAM CORPORATION dba
   GLAXOSMITHKLINE and McKESSON
7  CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GEORGE FISHER,<br><br>    Plaintiff,<br><br>    v.<br><br>SMITHKLINE BEECHAM<br>CORPORATION dba<br>GLAXOSMITHKLINE and McKESSON<br>CORPORATION,<br><br>    Defendants. | Case No. CV-07-5889 MHP<br><br>**NOTICE OF VACATED HEARING** |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD HEREIN:

PLEASE TAKE NOTICE THAT, the hearing originally scheduled for January 14, 2008 at 2:00 p.m. has been vacated by the Court.

On January 8, 2008, the Court's clerk called and informed the undersigned defense counsel and requested that all parties be notified that the above-mentioned hearing is

///
///
///
///

1  vacated due to the Court's determination that the matters are appropriate for resolution
2  without oral argument.  *See* Civil Local Rule 7-1(b).

3
4  Dated: January 9, 2008                    DRINKER BIDDLE & REATH LLP
5                                            /S/
6                                            _____
                                             DONALD F. ZIMMER, JR.
7                                            Attorneys for Defendants
                                             SMITHKLINE BEECHAM
8                                            CORPORATION d/b/a
                                             GLAXOSMITHKLINE and McKESSON
9                                            CORPORATION

10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28