1  DONALD F. ZIMMER, JR. (State Bar No. 112279)
2  KRISTA L. COSNER (State Bar No. 213338)
   DRINKER BIDDLE & REATH LLP
3  50 Fremont Street, 20th Floor
   San Francisco, California  94105
4  Telephone: (415) 591-7500
   Facsimile: (415) 591-7510

5  Attorneys for Defendants
6  SMITHKLINE BEECHAM CORPORATION d/b/a
   GLAXOSMITHKLINE and McKESSON
7  CORPORATION

8                          UNITED STATES DISTRICT COURT
9                         NORTHERN DISTRICT OF CALIFORNIA
10                              SAN FRANCISCO DIVISION
11

12 | JAMES HALL,                          | Case No. CV-07-5887 MHP
13 |                  Plaintiff,          | **NOTICE OF VACATED HEARING**
14 |       v.                             |
15 | SMITHKLINE BEECHAM                   |
   | CORPORATION d/b/a                    |
16 | GLAXOSMITHKLINE and McKESSON         |
   | CORPORATION,                         |
17 |                  Defendants.         |

18

19

20 TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD HEREIN:

21     PLEASE TAKE NOTICE THAT, the hearing originally scheduled for January 14,

22 2008 at 2:00 p.m. has been vacated by the Court.

23     On January 8, 2008, the Court's clerk called and informed the undersigned defense

24 counsel and requested that all parties be notified that the above-mentioned hearing is

25 ///

26 ///

27 ///

28 ///

vacated due to the Court's determination that the matters are appropriate for resolution without oral argument. *See* Civil Local Rule 7-1(b).

Dated: January 9, 2008                              DRINKER BIDDLE & REATH LLP

/S/
_____
DONALD F. ZIMMER, JR.

Attorneys for Defendants
SMITHKLINE BEECHAM
CORPORATION d/b/a
GLAXOSMITHKLINE and McKESSON
CORPORATION

DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA 94105

SF1\394063\1