DONALD F. ZIMMER, JR. (State Bar No. 112279)
KRISTA L. COSNER (State Bar No. 213338)
DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, California 94105
Telephone: (415) 591-7500
Facsimile: (415) 591-7510

Attorneys for Defendants
SMITHKLINE BEECHAM CORPORATION d/b/a
GLAXOSMITHKLINE and McKESSON
CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DOROTHY BONE,<br><br>              Plaintiff,<br><br>     v.<br><br>SMITHKLINE BEECHAM<br>CORPORATION d/b/a<br>GLAXOSMITHKLINE and McKESSON<br>CORPORATION,<br><br>              Defendants.<br><br>*And Related Actions As Listed* | Case Nos:<br>CV-07-5886 MHP<br>CV-07-5887 MHP<br>CV-07-5888 MHP<br>CV-07-5889 MHP<br>CV-07-5890 MHP<br>CV-07-5891 MHP<br>CV-07-6328 MHP<br>CV-07-6050 MHP<br><br>**STIPULATION AND [PROPOSED]**<br>**ORDER TO STAY ALL**<br>**PROCEEDINGS** |

THIS DOCUMENT RELATES TO THE FOLLOWING CASES:

   *Bone, et al. v. SmithKline Beecham Corporation d/b/a GlaxoSmithKline and McKesson Corporation;* Case No. CV-07-5886 MHP.

   *Bowles, et al. v. SmithKline Beecham Corporation d/b/a GlaxoSmithKline and McKesson Corporation;* Case No. CV-07-6328 MHP

   *Hall v. SmithKline Beecham Corporation d/b/a GlaxoSmithKline and McKesson Corporation;* Case No. CV-07-5887 MHP.

   *Hefner, et al. v. SmithKline Beecham Corporation d/b/a GlaxoSmithKline and

1  *McKesson Corporation;* Case No. CV-07-6050 MHP

2  *Jefferson v. SmithKline Beecham Corporation d/b/a GlaxoSmithKline and*

3  *McKesson Corporation;* Case No. CV-07-5888 MHP.

4  *Fisher v. SmithKline Beecham Corporation d/b/a GlaxoSmithKline and McKesson*

5  *Corporation;* Case No. CV-07-5889 MHP.

6  *Thornton v. SmithKline Beecham Corporation d/b/a GlaxoSmithKline and*

7  *McKesson Corporation;* Case No. CV-07-5890 MHP.

8  *Upshaw v. SmithKline Beecham Corporation d/b/a GlaxoSmithKline and*

9  *McKesson Corporation;* Case No. CV-07-5891 MHP

10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, that there will be a stay of: (a) all pretrial activity in these cases, including any remand motions; (b) the period for initial disclosures pursuant to Rule 26 of the Federal Rules of Civil Procedure; and (c) all other discovery and pretrial deadlines, pending transfer of these cases by the Judicial Panel on Multidistrict Litigation, pursuant to 28 U.S.C. § 1407(a), to *In re Avandia Products Liability Litigation*, MDL No. 1871, before the Honorable Cynthia M. Rufe in the United States District Court for the Eastern District of Pennsylvania.

IT IS SO STIPULATED:

/S/ David C. Anderson
David C. Andersen (Bar No. 194095)
Kristina M. Gigstad
THE MILLER FIRM, LLC
108 Railroad Avenue
Orange, VA 22960

Counsel for Plaintiffs

/S/ Krista L. Cosner
Donald F. Zimmer, Jr. (Bar No. 112279)
Krista L. Cosner (Bar No. 213338)
DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA 94105-2235

Sean P. Fahey (Pa. Bar No. 73305)
PEPPER HAMILTON, LLP
3000 Two Logan Square
18th & Arch Streets
Philadelphia, PA 19103

Counsel for Defendant
SmithKline Beecham Corporation
d/b/a GlaxoSmithKline

Pursuant to stipulation, IT IS SO ORDERED:

Dated: ~~January~~ February 1, 2008



Hon. Marilyn H. Patel
United States District Judge, Northern District of California

IT IS SO ORDERED
Judge Marilyn H. Patel
DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA 94105

SF1\394946\1

3

STIPULATION AND ORDER TO STAY ALL PROCEEDINGS