**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

_____

www.cand.uscourts.gov

Richard W. Wieking  
Clerk

General Court Number  
415.522.2000

April 23, 2008

Eastern District of Pennsylvania

600 Arch Street

Philadelphia, PA 19106-1679

RE: CV 07-05887 MHP    James Hall -v- SmithKline Beecham Corp. et al.

Dear Clerk,

    Pursuant to an MDL Order transferring the above captioned case to your court, electronically transmitted herewith are:

        ☒    All docket entries/documents.

        ☒    Transferral Order.

    Please acknowledge receipt of the above documents on the attached copy of this letter.

        Sincerely,  
        RICHARD W. WIEKING, Clerk

        by:  Simone Voltz  
        Case Systems Administrator

Enclosures  
Copies to counsel of record